IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMARIA D. CREW                                                                                          PLAINTIFF

VS.                                              Civil No. 1:10-cv-1075

SHERIFF DENNY FOSTER;
TRUMAN YOUNG; and
JANET DELANEY                                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 2, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21). Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 14) be denied. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).[1] Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion to Dismiss (ECF No. 14) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 28th day of November, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge

---

[1] Plaintiff did file a response (ECF No. 23) to the Report and Recommendation, but did not object to any of the findings contained in the Report and Recommendation.