IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMARIA D. CREW                                                                                    PLAINTIFF

VS.                                        Civil No. 1:10-cv-1075

SHERIFF DENNY FOSTER, *et al*                                                      DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed October 31, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 33). Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to follow a court order, failure to comply with the Local Rules, and failure to prosecute this action. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of November, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge